# United States Court of Appeals
## For the First Circuit

Nos. 13-2113
     13-2118

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ LÓPEZ-DÍAZ; CARLOS LÓPEZ-DÍAZ,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on July 13, 2015, is amended as follows:

On the cover page, "John H. Cuhna, Jr." is replaced with "John H. Cunha, Jr."

On the cover page, "Cuhna & Holcomb, P.C." is replaced with "Cunha & Holcomb, P.C."